United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 21-11253-pmm

Anett Melinda Rizos                                                                  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 28, 2021 | Form ID: 139 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anett Melinda Rizos, 300 E. Macada Road, Bethlehem, PA 18017-2526 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14604597 | + | AMEX Department Stores, PO BOX 8218, Mason, OH 45040-8218 |
| 14604603 | + | Charles Rizos, 300 E. Macada Road, Bethlehem, PA 18017-2526 |
| 14604604 | + | Commonwealth of PA, Department of Revenue, Bureau of Compliance Lien Section, PO BOX 280948, Harrisburg, PA 17128-0948 |
| 14604609 | + | Kia Motor Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 14604610 | | Lorna Green, 4618 Lisa Lane, Breinigsville, PA 18031 |
| 14604611 | | NYS Assessment Receivables, PO Box 4127, Binghamton, NY 13902-4127 |
| 14607347 | + | PNC BANK, NATIONAL ASSOCIATION, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14607709 | + | PNC Bank, National Association, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14604616 | | Volkswagen Credit Inc, 22823 NW Bennett Street, Hillsboro, OR 97124 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QLEFELDMAN.COM | Jul 29 2021 03:28:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 28 2021 23:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14604596 | + | EDI: AMEREXPR.COM | Jul 29 2021 03:28:00 | American Express, PO BOX 981537, El Paso, TX 79998-1537 |
| 14604598 | | EDI: BANKAMER.COM | Jul 29 2021 03:28:00 | Bank Of America, PO BOX 982238, El Paso, TX 79998 |
| 14604599 | + | EDI: TSYS2.COM | Jul 29 2021 03:28:00 | Barclays Bank Delaware, PO BOX 8803, ATT: Credit Bureau, Wilmington, DE 19899-8803 |
| 14604602 | + | EDI: WFNNB.COM | Jul 29 2021 03:28:00 | CCB/YRTUI, PO BOX 182120, Columbus, OH 43218-2120 |
| 14604600 | + | EDI: CAPITALONE.COM | Jul 29 2021 03:28:00 | Capital One, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 14604601 | + | EDI: CAPITALONE.COM | Jul 29 2021 03:28:00 | Capital One Bank USA NA, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 14604605 | + | EDI: CITICORP.COM | Jul 29 2021 03:28:00 | DSNB/Bloomingdales, PO BOX 8218, Mason, OH 45040 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 28, 2021 | Form ID: 139 | Total Noticed: 31 |

| 14604607 | + EDI: IRS.COM | | |
|---|---|---|---|
| | | Jul 29 2021 03:28:00 | IRS, Department of Tresury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14604608 | EDI: JPMORGANCHASE | | |
| | | Jul 29 2021 03:28:00 | JPMCB card, PO BOX 15369, Wilmington, DE 19850 |
| 14604612 | EDI: PENNDEPTREV | | |
| | | Jul 29 2021 03:28:00 | PA Departmenmt of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14604612 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Jul 28 2021 23:25:00 | PA Departmenmt of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14604613 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Jul 28 2021 23:25:00 | PNC Bank, PO BOX 3180, Pittsburgh, PA 15230 |
| 14604614 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Jul 28 2021 23:25:00 | PNC Mortgage, PO BOX 8703, Dayton, OH 45401 |
| 14605738 | EDI: PENNDEPTREV | | |
| | | Jul 29 2021 03:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14605738 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Jul 28 2021 23:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14604615 | + EDI: RMSC.COM | | |
| | | Jul 29 2021 03:28:00 | SYNCB/Care Credit, C/O PO Box 965036, Orlando, FL 32896-0001 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14604606 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 1000 Liberty Ave, Room 112, Pittsburgh, PA 15222 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2021                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | |
| | on behalf of Debtor Anett Melinda Rizos claputka@laputkalaw.com jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com |
| GARY F SEITZ | |

District/off: 0313-4

User: admin

Page 3 of 3

Date Rcvd: Jul 28, 2021

Form ID: 139

Total Noticed: 31

on behalf of Trustee LYNN E. FELDMAN gseitz@gsbblaw.com

LYNN E. FELDMAN

trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

REBECCA ANN SOLARZ

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

### *UNITED STATES BANKRUPTCY COURT*
### *EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:  Anett Melinda Rizos
300 E. Macada Road
Bethlehem, PA 18017

Debtor(s)

Case No: 21−11253−pmm

Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
xxx−xx−7329

---

### *NOTICE OF NEED TO FILE PROOF OF CLAIM*
### *DUE TO RECOVERY OF ASSETS*

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 10/29/21

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
***Any creditor who has filed a proof of claim already need not file another proof of claim.***

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

**Date:** 7/28/21

16
Form 139