# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| **Anett Melinda Rizos** | |
| Debtor | CASE # 21-11253-PMM |

## ORDER

UPON CONSIDERATION of the Debtor's Motion to Convert Current Chapter 7 to Chapter 13 and the case having not been previously converted,

IT IS HEREBY ORDERED that the case is converted to a Chapter 13 bankruptcy.

BY THE COURT:

*Patricia M. Mayer*

**Date: August 5, 2021**

Patricia M. Mayer
United States Bankruptcy Judge