United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11253-pmm |
| Anett Melinda Rizos | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 05, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2021:**

**Recip ID     Recipient Name and Address**
db          + Anett Melinda Rizos, 300 E. Macada Road, Bethlehem, PA 18017-2526

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2021 at the address(es) listed below:**

**Name**          **Email Address**
CHARLES LAPUTKA
          on behalf of Debtor Anett Melinda Rizos claputka@laputkalaw.com
          jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com

GARY F SEITZ
          on behalf of Trustee LYNN E. FELDMAN gseitz@gsbblaw.com

LYNN E. FELDMAN
          trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

REBECCA ANN SOLARZ
          on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
          ECFMail@ReadingCh13.com

United States Trustee

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Aug 05, 2021 | Form ID: pdf900 | Total Noticed: 1

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| Anett Melinda Rizos | |
| Debtor | CASE # 21-11253-PMM |

### ORDER

UPON CONSIDERATION of the Debtor's Motion to Convert Current Chapter 7 to Chapter 13 and the case having not been previously converted,

IT IS HEREBY ORDERED that the case is converted to a Chapter 13 bankruptcy.

BY THE COURT:

*Patricia M. Mayer*

**Date: August 5, 2021**

Patricia M. Mayer
United States Bankruptcy Judge