IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>ANETT MELINDA RIZOS,<br>       Debtor,<br><br>VW CREDIT, INC.,<br><br>       Movant,<br>  v.<br><br>ANETT MELINDA RIZOS and,<br>SCOTT F. WATERMAN, Trustee,<br><br>       Respondents. | Bankruptcy No. 21-11253-pmm<br><br>Chapter 13<br><br>Document No. |

NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

      VW Credit Leasing, Ltd. has filed a Motion for Relief from the Automatic Stay with the Court to life the automatic stay regarding the 2020 Volkswagen Atlas Cross Sport Utility 4D SE, VIN# 1V1E2CA8LC210353.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

      1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **Friday, September 24, 2021**, you or your attorney must do **all** of the following:

          (a)  file an answer explaining your position at:

              Clerk, U.S. Bankruptcy Court
              The Gateway Building
              201 Penn Street, Suite 103
              Reading, PA 19601

      If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorneys:

      Keri P. Ebeck, Esquire
      Bernstein-Burkley, P.C.
      601 Grant Street, 9th Floor
      Pittsburgh, PA  15219

  2.  If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

  3.  A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on **Tuesday, September 28, 2021 at 10:00 A.M.** in The Gateway Building, 201 Penn Street, Reading, PA 19601, 4th Floor Courtroom.

  4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5.  You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

      Respectfully submitted,

      BERNSTEIN-BURKLEY, P.C.

      By: /s/ Keri P. Ebeck
      Keri P. Ebeck, Esq.
      PA I.D. # 91298
      kebeck@bernsteinlaw.com
      601 Grant Street, 9th Floor
      Pittsburgh, PA 15219
      Phone (412) 456-8112
      Fax: (412) 456-8135

Dated:  September 10, 2021