IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>ANETT MELINDA RIZOS,<br>       Debtor,<br><br>VW CREDIT, INC.,<br><br>       Movant,<br>  v.<br><br>ANETT MELINDA RIZOS and,<br>SCOTT F. WATERMAN, Trustee,<br><br>       Respondents. | Bankruptcy No. 21-11253-pmm<br><br>Chapter 13<br><br>Document No. |

CERTIFICATE OF SERVICE

      I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on September 10, 2021, I served copies of the Motion for Relief from the Automatic Stay and Notice of Hearing with Response Deadline upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system, at the following addresses:

| | |
|---|---|
| Anett Melinda Rizos<br>300 E. Macada Road<br>Bethlehem, PA 18017 | Charles Laputka<br>Laputka Law Office<br>1344 W. Hamilton St.<br>Allentown, PA 18102 |
| Scott F. Waterman<br>2901 St. Lawrence Ave., Suite 100<br>Reading, PA 19606 | Office of United States Trustee<br>200 Chestnut Street, Suite 502<br>Philadelphia, PA 19106 |

                                       By: /s/ Keri P. Ebeck
                                          Keri P. Ebeck, Esq.
                                          PA I.D. # 91298
                                          kebeck@bernsteinlaw.com
                                          601 Grant Street, 9th Floor
                                          Pittsburgh, PA 15219
                                          Phone (412) 456-8112
                                          Fax (412) 456-8135