IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>ANETT MELINDA RIZOS,<br>    Debtor,<br><br>VW CREDIT LEASING, LTD.,<br><br>    Movant,<br>  v.<br><br>ANETT MELINDA RIZOS and,<br>SCOTT F. WATERMAN, Trustee,<br><br>    Respondents. | Bankruptcy No. 21-11253-pmm<br><br>Chapter 13<br><br>Document No. 26 |

PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM STAY

TO THE CLERK OF COURTS:

Kindly withdraw the Motion for Relief from Stay filed on behalf of VW Credit Leasing, Ltd. on September 10, 2021 at Document No. 26. The Debtor's First Amended Chapter 13 Plan filed on September 22, 2021 at Document No. 29 provides for the claim and resolves the Motion for Relief from Stay

Dated: September 23, 2021

                                        Respectfully submitted,

                                        By: /s/ Keri P. Ebeck
                                        Keri P. Ebeck
                                        PA I.D. # 91298
                                        kebeck@bernsteinlaw.com
                                        601 Grant Street, 9th Floor
                                        Pittsburgh, PA 15219
                                        412-456-8112
                                        Fax: 412-456-8135

                                        *Counsel for VW Credit Leasing, Ltd.*