**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Anett Melinda Rizos**<br>　　　　　　　　　　**Debtor(s)**<br><br>**PNC BANK, NATIONAL ASSOCIATION**<br>　　　　　　　　　　**Movant**<br>　　vs.<br><br>**Anett Melinda Rizos**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Scott F. Waterman Esquire**,<br>　　　　　　　　　　**Trustee** | **BK NO. 21-11253 PMM**<br><br>**Chapter 13**<br><br>**Related to Claim No. 14** |

**CERTIFICATE OF SERVICE**
**NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 25, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Anett Melinda Rizos
300 East Macada Road
Bethlehem, PA 18018

Attorney for Debtor(s)
Charles Laputka, Esq.
1344 W. Hamilton Street
Allentown, PA 18102

Trustee
Scott F. Waterman Esquire
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

Method of Service:  electronic means or first class mail

Dated: October 25, 2021

　　　　　　　　　　　　　　　　　　　　　　**/s/Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence
　　　　　　　　　　　　　　　　　　　　　　Center 701 Market Street, Suite
　　　　　　　　　　　　　　　　　　　　　　5000 Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　215-825-6327
　　　　　　　　　　　　　　　　　　　　　　rsolarz@kmllawgroup.com