UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                  :

    ANETT MELINDA RIZOS    :  Bankruptcy No.  21-11253PMM

        Debtor(s)             :  Chapter 13

## PRAECIPE

Please withdraw the Trustee's Recommendation for Confirmation filed on or about February 2, 2022 at docket entry number 44 in the above referenced case.

                Respectfully submitted,

Date:  February 3, 2022              */s/Rolando Ramos*
                Rolando Ramos
                Attorney for
                Scott F. Waterman, Esq.
                Standing Chapter 13 Trustee