United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 21-11253-pmm

Anett Melinda Rizos  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 17, 2022 | Form ID: 155 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anett Melinda Rizos, 300 E. Macada Road, Bethlehem, PA 18017-2526 |
| 14604597 | + | AMEX Department Stores, PO BOX 8218, Mason, OH 45040-8218 |
| 14604598 | + | Bank Of America, PO BOX 982238, El Paso, TX 79998-2238 |
| 14626914 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14604603 | + | Charles Rizos, 300 E. Macada Road, Bethlehem, PA 18017-2526 |
| 14604604 | + | Commonwealth of PA, Department of Revenue, Bureau of Compliance Lien Section, PO BOX 280948, Harrisburg, PA 17128-0948 |
| 14604609 | + | Kia Motor Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 14604610 | | Lorna Green, 4618 Lisa Lane, Breinigsville, PA 18031 |
| 14604611 | | NYS Assessment Receivables, PO Box 4127, Binghamton, NY 13902-4127 |
| 14629179 | | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 14607347 | + | PNC BANK, NATIONAL ASSOCIATION, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14607709 | + | PNC Bank, National Association, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14604616 | | Volkswagen Credit Inc, 22823 NW Bennett Street, Hillsboro, OR 97124 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14604596 | + | Email/PDF: bncnotices@becket-lee.com | Mar 17 2022 23:56:47 | American Express, PO BOX 981537, El Paso, TX 79998-1537 |
| 14630635 | | Email/PDF: bncnotices@becket-lee.com | Mar 17 2022 23:56:56 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14604599 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 17 2022 23:48:00 | Barclays Bank Delaware, PO BOX 8803, ATT: Credit Bureau, Wilmington, DE 19899-8803 |
| 14604602 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 17 2022 23:48:00 | CCB/YRTUI, PO BOX 182120, Columbus, OH 43218-2120 |
| 14604600 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 17 2022 23:56:56 | Capital One, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 14628541 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 17 2022 23:56:56 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14604601 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 17 2022 23:56:47 | Capital One Bank USA NA, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 14604605 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2022 23:56:48 | DSNB/Bloomingdales, PO BOX 8218, Mason, OH 45040 |
| 14604607 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 17 2022 23:48:00 | IRS, Department of Tresury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14604608 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 17 2022 23:56:52 | JPMCB card, PO BOX 15369, Wilmington, DE 19850 |
| 14634953 | + | Email/Text: RASEBN@raslg.com | | |

Case 21-11253-pmm   Doc 52   Filed 03/19/22   Entered 03/20/22 00:27:51   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 17, 2022 | Form ID: 155 | Total Noticed: 35 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | Mar 17 2022 23:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14604612 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 17 2022 23:48:00 | PA Departmenmt of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14642685 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 17 2022 23:48:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14604613 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 17 2022 23:48:00 | PNC Bank, PO BOX 3180, Pittsburgh, PA 15230 |
| 14642860 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 17 2022 23:48:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14642374 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 17 2022 23:48:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 14604614 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 17 2022 23:48:00 | PNC Mortgage, PO BOX 8703, Dayton, OH 45401 |
| 14605738 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 17 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14633547 | Email/Text: bnc-quantum@quantum3group.com | Mar 17 2022 23:48:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14604615 | + Email/PDF: gecsedi@recoverycorp.com | Mar 17 2022 23:56:52 | SYNCB/Care Credit, C/O PO Box 965036, Orlando, FL 32896-0001 |
| 14642185 | + Email/PDF: gecsedi@recoverycorp.com | Mar 17 2022 23:56:47 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14633795 | + Email/Text: VWBKNotices@nationalbankruptcy.com | Mar 17 2022 23:48:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14604606 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 1000 Liberty Ave, Room 112, Pittsburgh, PA 15222 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2022        Signature:        /s/Joseph Speetjens

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 17, 2022 | Form ID: 155 | Total Noticed: 35 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on behalf of IRS anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| CHARLES LAPUTKA | on behalf of Debtor Anett Melinda Rizos claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| GARY F SEITZ | on behalf of Trustee LYNN E. FELDMAN gseitz@gsbblaw.com |
| KERI P EBECK | on behalf of Creditor VW Credit Leasing Ltd. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Anett Melinda Rizos
        Debtor(s)

Chapter: 13

Bankruptcy No: 21−11253−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 17th day of March 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge ,
United States Bankruptcy Court

51 − 48
Form 155