Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 21-11253-PMM

Anett Melinda Rizos
300 E. Macada Road
Bethlehem  PA    18017

Petition Filed Date: 04/30/2021
341 Hearing Date: 09/28/2021
Confirmation Date: 03/17/2022

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 09/10/2021 | $287.50 | | 09/22/2021 | $287.50 | | 10/08/2021 | $287.50 | |
| 10/22/2021 | $287.50 | | 11/08/2021 | $287.50 | | 11/22/2021 | $287.50 | |
| 12/09/2021 | $287.50 | | 12/22/2021 | $287.50 | | 01/10/2022 | $287.50 | |
| 01/28/2022 | $277.00 | | 02/28/2022 | $277.00 | | 03/25/2022 | $277.00 | |
| 04/25/2022 | $277.00 | | 06/06/2022 | $277.00 | | 06/27/2022 | $277.00 | |
| 07/25/2022 | $277.00 | | | | | | | |

Total Receipts for the Period:  **$4,526.50**  Amount Refunded to Debtor Since Filing: **$0.00**  Total Receipts Since Filing: **$4,526.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $7,069.25 | $931.40 | $6,137.85 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $1,170.88 | $0.00 | $1,170.88 |
| 3 | BANK OF AMERICA NA<br>»» 002 | Unsecured Creditors | $3,519.52 | $0.00 | $3,519.52 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $6,425.36 | $0.00 | $6,425.36 |
| 5 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $272.58 | $0.00 | $272.58 |
| 6 | NEW YORK STATE DEPT - TAXATION<br>»» 005 | Unsecured Creditors | $14,362.98 | $0.00 | $14,362.98 |
| 7 | AMERICAN EXPRESS NATIONAL BANK<br>»» 006 | Unsecured Creditors | $29,456.96 | $0.00 | $29,456.96 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 007 | Unsecured Creditors | $5,177.00 | $0.00 | $5,177.00 |
| 9 | VW CREDIT LEASING LTD<br>»» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | CHASE BANK USA NA<br>»» 009 | Unsecured Creditors | $8,164.19 | $0.00 | $8,164.19 |
| 11 | UNITED STATES TREASURY (IRS)<br>»» 10S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | UNITED STATES TREASURY (IRS)<br>»» 10P | Priority Crediors | $6,858.63 | $903.64 | $5,954.99 |
| 13 | UNITED STATES TREASURY (IRS)<br>»» 10U | Unsecured Creditors | $1,356.48 | $0.00 | $1,356.48 |
| 14 | SYNCHRONY BANK<br>»» 011 | Unsecured Creditors | $634.95 | $0.00 | $634.95 |

**Chapter 13 Case No. 21-11253-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | PNC BANK »» 012 | Unsecured Creditors | $7,245.31 | $0.00 | $7,245.31 |
| 16 | PNC BANK »» 013 | Unsecured Creditors | $20,765.70 | $0.00 | $20,765.70 |
| 17 | PNC BANK NA »» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,063.00 | $2,063.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,526.50 | Current Monthly Payment: | $277.00 |
| Paid to Claims: | $3,898.04 | Arrearages: | ($10.50) |
| Paid to Trustee: | $373.62 | Total Plan Base: | $17,812.00 |
| Funds on Hand: | $254.84 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.