| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 21-11253-PMM

Anett Melinda Rizos
300 E. Macada Road
Bethlehem  PA    18017

Petition Filed Date: 04/30/2021
341 Hearing Date: 09/28/2021
Confirmation Date: 03/17/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/25/2023 | $277.00 | | 09/22/2023 | $277.00 | | 10/27/2023 | $277.00 | |
| 11/27/2023 | $277.00 | | 12/22/2023 | $277.00 | | 01/26/2024 | $277.00 | |
| 02/26/2024 | $277.00 | | 03/22/2024 | $277.00 | | 04/26/2024 | $277.00 | |
| 05/24/2024 | $277.00 | | 06/28/2024 | $277.00 | | 07/26/2024 | $277.00 | |

**Total Receipts for the Period: $3,324.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $11,451.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Creditors | $7,069.25 | $4,128.51 | $2,940.74 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $1,170.88 | $0.00 | $1,170.88 |
| 3 | BANK OF AMERICA NA<br>»» 002 | Unsecured Creditors | $3,519.52 | $0.00 | $3,519.52 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $6,425.36 | $0.00 | $6,425.36 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $272.58 | $0.00 | $272.58 |
| 6 | NEW YORK STATE DEPT - TAXATION<br>»» 005 | Unsecured Creditors | $14,362.98 | $0.00 | $14,362.98 |
| 7 | AMERICAN EXPRESS NATIONAL BANK<br>»» 006 | Unsecured Creditors | $29,456.96 | $0.00 | $29,456.96 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 007 | Unsecured Creditors | $5,177.00 | $0.00 | $5,177.00 |
| 9 | VW CREDIT LEASING LTD<br>»» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | CHASE BANK USA NA<br>»» 009 | Unsecured Creditors | $8,164.19 | $0.00 | $8,164.19 |
| 11 | UNITED STATES TREASURY (IRS)<br>»» 10S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | UNITED STATES TREASURY (IRS)<br>»» 10P | Priority Creditors | $6,858.63 | $4,005.51 | $2,853.12 |
| 13 | UNITED STATES TREASURY (IRS)<br>»» 10U | Unsecured Creditors | $1,356.48 | $0.00 | $1,356.48 |
| 14 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $634.95 | $0.00 | $634.95 |
| 15 | PNC BANK<br>»» 012 | Unsecured Creditors | $7,245.31 | $0.00 | $7,245.31 |

**Chapter 13 Case No. 21-11253-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | PNC BANK<br>»» 013 | Unsecured Creditors | $20,765.70 | $0.00 | $20,765.70 |
| 17 | PNC BANK NA<br>»» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,063.00 | $2,063.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $11,451.50 | | Current Monthly Payment: | $277.00 |
| Paid to Claims: | $10,197.02 | | Arrearages: | ($287.50) |
| Paid to Trustee: | $1,005.18 | | Total Plan Base: | $17,812.00 |
| Funds on Hand: | $249.30 | | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.