**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Anett Melinda Rizos** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Eastern District of Pennsylvania** (State) |
| Case Number | **21-11253-PMM** |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** PNC BANK NA

**Court claim no.** (if known): 14-2

**Last 4 digits** of any number you use to identify the debtor's account: 2 2 2 4

**Property Address:**
300 EAST MACADA RD
Number Street

BETHLEHEM PA 18017
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ -0- |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ -0- |

**Part 4: Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on ______________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5: Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ -0-

**Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR .**

✘ /s/ Scott F. Waterman — Date 08/25/2026
Signature

Trustee: Scott F. Waterman
First Name / Middle Name / Last Name

Address: 2901 St. Lawrence Avenue, Suite 100
Number / Street

Reading — PA — 19606
City / State / ZIP Code

Contact phone (610) 779-1313 — Email info@ReadingCh13.com

Debtor 1 **Anett Melinda Rizos** Case Number **21-11253-PMM** 
Name

# History Of Payments

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| | | | | | Total for Claim Number : | 0.00 |
| | | | | | **Total for :** | **0.00** |