Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Anett Melinda Rizos
300 E. Macada Road
Bethlehem, PA 18017

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 21-11253-PMM**

Petition Filed Date: 04/30/2021
341 Hearing Date: 09/28/2021
Confirmation Date: 03/17/2022

Case Status: Completed on 7/24/2026

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/22/2025 | $277.00 | | 09/26/2025 | $277.00 | | 10/24/2025 | $277.00 | |
| 12/02/2025 | $277.00 | | 12/29/2025 | $277.00 | | 01/26/2026 | $277.00 | |
| 02/27/2026 | $277.00 | | 03/27/2026 | $277.00 | | 04/27/2026 | $277.00 | |
| 05/22/2026 | $277.00 | | 06/29/2026 | $277.00 | | 07/24/2026 | $277.00 | |

**Total Receipts for the Period: $3,324.00 Amount Refunded to Debtor Since Filing: $10.50 Total Receipts Since Filing: $17,822.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $7,069.25 | $7,069.25 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $1,170.88 | $3.97 | $1,166.91 |
| 3 | BANK OF AMERICA NA<br>»» 002 | Unsecured Creditors | $3,519.52 | $11.95 | $3,507.57 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $6,425.36 | $21.83 | $6,403.53 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $272.58 | $0.93 | $271.65 |
| 6 | NEW YORK STATE DEPT - TAXATION<br>»» 005 | Unsecured Creditors | $14,362.98 | $48.78 | $14,314.20 |
| 7 | AMERICAN EXPRESS NATIONAL BANK<br>»» 006 | Unsecured Creditors | $29,456.96 | $100.06 | $29,356.90 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 007 | Unsecured Creditors | $5,177.00 | $17.58 | $5,159.42 |
| 9 | VW CREDIT LEASING LTD<br>»» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | JP MORGAN CHASE BANK NA<br>»» 009 | Unsecured Creditors | $8,164.19 | $27.73 | $8,136.46 |
| 11 | UNITED STATES TREASURY (IRS)<br>»» 10S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | UNITED STATES TREASURY (IRS)<br>»» 10P | Priority Crediors | $6,858.63 | $6,858.63 | $0.00 |

**Chapter 13 Case No. 21-11253-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | UNITED STATES TREASURY (IRS)<br>»» 10U | Unsecured Creditors | $1,356.48 | $4.61 | $1,351.87 |
| 14 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $634.95 | $2.15 | $632.80 |
| 15 | PNC BANK<br>»» 012 | Unsecured Creditors | $7,245.31 | $24.60 | $7,220.71 |
| 16 | PNC BANK<br>»» 013 | Unsecured Creditors | $20,765.70 | $70.53 | $20,695.17 |
| 17 | PNC BANK NA<br>»» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,063.00 | $2,063.00 | $0.00 |
| 18 | AMEX/DSBN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | BARCLAYS BANK DELAWARE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | AMEX/DSBN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | Anett Melinda Rizos | Debtor Refunds | $10.50 | $10.50 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,822.50 | Current Monthly Payment: | $277.00 |
| Paid to Claims: | $16,336.10 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,486.40 | Total Plan Base: | $17,812.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.