United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 21-11253-pmm
Anett Melinda Rizos Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 3
Date Rcvd: Aug 27, 2026 Form ID: 138OBJ Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anett Melinda Rizos, 300 E. Macada Road, Bethlehem, PA 18017-2526 |
| 14604603 | + | Charles Rizos, 300 E. Macada Road, Bethlehem, PA 18017-2526 |
| 14604604 | + | Commonwealth of PA, Department of Revenue, Bureau of Compliance Lien Section, PO BOX 280948, Harrisburg, PA 17128-0948 |
| 14604610 | | Lorna Green, 4618 Lisa Lane, Breinigsville, PA 18031 |
| 14607347 | + | PNC BANK, NATIONAL ASSOCIATION, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14607709 | + | PNC Bank, National Association, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 28 2026 01:53:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 28 2026 01:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14604597 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2026 02:03:53 | AMEX Department Stores, PO BOX 8218, Mason, OH 45040-8218 |
| 14604596 | + | Email/PDF: bncnotices@becket-lee.com | Aug 28 2026 01:52:14 | American Express, PO BOX 981537, El Paso, TX 79998-1537 |
| 14630635 | | Email/PDF: bncnotices@becket-lee.com | Aug 28 2026 01:52:28 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14604598 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 28 2026 01:53:00 | Bank Of America, PO BOX 982238, El Paso, TX 79998-2238 |
| 14626914 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Aug 28 2026 01:54:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14604599 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 28 2026 01:54:00 | Barclays Bank Delaware, PO BOX 8803, ATT: Credit Bureau, Wilmington, DE 19899-8803 |
| 14604602 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 28 2026 01:54:00 | CCB/YRTUI, PO BOX 182120, Columbus, OH 43218-2120 |
| 14604600 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2026 01:52:33 | Capital One, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 14628541 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 28 2026 02:03:44 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14604601 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2026 02:03:44 | Capital One Bank USA NA, PO BOX 31293, Salt Lake City, UT 84131-0293 |

| | | | | |
|---|---|---|---|---|
| 14604605 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2026 02:03:53 | DSNB/Bloomingdales, PO BOX 8218, Mason, OH 45040 |
| 14604607 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 28 2026 01:53:00 | IRS, Department of Tresury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14604608 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 28 2026 02:03:52 | JPMCB card, PO BOX 15369, Wilmington, DE 19850-5369 |
| 14634953 | + | Email/Text: RASEBN@raslg.com | Aug 28 2026 01:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14604609 | ^ | MEBN | Aug 28 2026 01:51:02 | Kia Motor Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 14785126 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2026 01:52:33 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14604611 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 28 2026 01:54:00 | NYS Assessment Receivables, PO Box 4127, Binghamton, NY 13902-4127 |
| 14629179 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 28 2026 01:54:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 14604612 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 28 2026 01:54:00 | PA Departmenmt of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14642685 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 28 2026 01:53:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14604613 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 28 2026 01:53:00 | PNC Bank, PO BOX 3180, Pittsburgh, PA 15230 |
| 14642860 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 28 2026 01:53:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14642374 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 28 2026 01:53:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 14604614 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 28 2026 01:53:00 | PNC Mortgage, PO BOX 8703, Dayton, OH 45401 |
| 14605738 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 28 2026 01:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14633547 | | Email/Text: bnc-quantum@quantum3group.com | Aug 28 2026 01:54:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14604615 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2026 02:03:50 | SYNCB/Care Credit, C/O PO Box 965036, Orlando, FL 32896-0001 |
| 14642185 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2026 02:03:20 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14633795 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Aug 28 2026 01:53:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14604616 | | Email/Text: vci.bkcy@vwcredit.com | Aug 28 2026 01:54:00 | Volkswagen Credit Inc, 22823 NW Bennett Street, Hillsboro, OR 97124 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID** **Bypass Reason** **Name and Address**

| | | |
|---|---|---|
| 14604606 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 1000 Liberty Ave, Room 112, Pittsburgh, PA 15222 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on behalf of IRS anthony.stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| CHARLES LAPUTKA | on behalf of Debtor Anett Melinda Rizos ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| GARY F SEITZ | on behalf of Trustee LYNN E. FELDMAN gseitz@gsbblaw.com |
| KERI P EBECK | on behalf of Creditor VW Credit Leasing Ltd. kebeck@metzlewis.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MATTHEW K. FISSEL | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*Form 138OBJ* (6/24)−doc 68 − 64

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Anett Melinda Rizos | ) | Case No. 21−11253−pmm |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 27, 2026

For The Court

Mohung Wong
Clerk of Court