United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 21-11253-pmm
Anett Melinda Rizos Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 3
Date Rcvd: Sep 16, 2026 Form ID: 3180W Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anett Melinda Rizos, 300 E. Macada Road, Bethlehem, PA 18017-2526 |
| 14604603 | + | Charles Rizos, 300 E. Macada Road, Bethlehem, PA 18017-2526 |
| 14604604 | + | Commonwealth of PA, Department of Revenue, Bureau of Compliance Lien Section, PO BOX 280948, Harrisburg, PA 17128-0948 |
| 14604610 | | Lorna Green, 4618 Lisa Lane, Breinigsville, PA 18031 |
| 14607347 | + | PNC BANK, NATIONAL ASSOCIATION, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14607709 | + | PNC Bank, National Association, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 17 2026 00:58:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 17 2026 00:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14604597 | + | EDI: CITICORP | Sep 17 2026 05:01:00 | AMEX Department Stores, PO BOX 8218, Mason, OH 45040-8218 |
| 14604596 | + | Email/PDF: bncnotices@becket-lee.com | Sep 17 2026 01:03:46 | American Express, PO BOX 981537, El Paso, TX 79998-1537 |
| 14630635 | | Email/PDF: bncnotices@becket-lee.com | Sep 17 2026 01:03:39 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14604598 | + | EDI: BANKAMER | Sep 17 2026 05:01:00 | Bank Of America, PO BOX 982238, El Paso, TX 79998-2238 |
| 14626914 | + | EDI: BANKAMER2 | Sep 17 2026 05:01:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14604599 | + | EDI: TSYS2 | Sep 17 2026 05:01:00 | Barclays Bank Delaware, PO BOX 8803, ATT: Credit Bureau, Wilmington, DE 19899-8803 |
| 14604602 | + | EDI: WFNNB.COM | Sep 17 2026 05:01:00 | CCB/YRTUI, PO BOX 182120, Columbus, OH 43218-2120 |
| 14604600 | + | EDI: CAPITALONE.COM | Sep 17 2026 05:01:00 | Capital One, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 14628541 | + | EDI: AIS.COM | Sep 17 2026 05:01:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14604601 | + | EDI: CAPITALONE.COM | Sep 17 2026 05:01:00 | Capital One Bank USA NA, PO BOX 31293, Salt Lake City, UT 84131-0293 |

| | | | | |
|---|---|---|---|---|
| 14604605 | | EDI: CITICORP | Sep 17 2026 05:01:00 | DSNB/Bloomingdales, PO BOX 8218, Mason, OH 45040 |
| 14604607 | + | EDI: IRS.COM | Sep 17 2026 05:01:00 | IRS, Department of Tresury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14604608 | + | EDI: JPMORGANCHASE | Sep 17 2026 05:01:00 | JPMCB card, PO BOX 15369, Wilmington, DE 19850-5369 |
| 14634953 | + | Email/Text: RASEBN@raslg.com | Sep 17 2026 00:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14604609 | ^ | MEBN | Sep 17 2026 00:56:21 | Kia Motor Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 14785126 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2026 01:03:47 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14604611 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Sep 17 2026 00:59:00 | NYS Assessment Receivables, PO Box 4127, Binghamton, NY 13902-4127 |
| 14629179 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Sep 17 2026 00:59:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 14604612 | | EDI: PENNDEPTREV | Sep 17 2026 05:01:00 | PA Departmenmt of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14642685 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 17 2026 00:58:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14604613 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 17 2026 00:58:00 | PNC Bank, PO BOX 3180, Pittsburgh, PA 15230 |
| 14642860 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 17 2026 00:58:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14642374 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 17 2026 00:58:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 14604614 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 17 2026 00:58:00 | PNC Mortgage, PO BOX 8703, Dayton, OH 45401 |
| 14605738 | | EDI: PENNDEPTREV | Sep 17 2026 05:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14633547 | | EDI: Q3G.COM | Sep 17 2026 05:01:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14604615 | + | EDI: SYNC | Sep 17 2026 05:01:00 | SYNCB/Care Credit, C/O PO Box 965036, Orlando, FL 32896-0001 |
| 14642185 | + | EDI: PRA.COM | Sep 17 2026 05:01:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14633795 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Sep 17 2026 00:58:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14604616 | | EDI: G2RSVOLKSWGN | Sep 17 2026 05:01:00 | Volkswagen Credit Inc, 22823 NW Bennett Street, Hillsboro, OR 97124 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|

| | | |
|---|---|---|
| cr | * | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14604606 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 1000 Liberty Ave, Room 112, Pittsburgh, PA 15222 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on behalf of IRS anthony.stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| CHARLES LAPUTKA | on behalf of Debtor Anett Melinda Rizos ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| GARY F SEITZ | on behalf of Trustee LYNN E. FELDMAN gseitz@gsbblaw.com |
| KERI P EBECK | on behalf of Creditor VW Credit Leasing Ltd. kebeck@metzlewis.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MATTHEW K. FISSEL | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Anett Melinda Rizos<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–7329 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | | |
| Case number: | 21–11253–pmm | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Anett Melinda Rizos

9/16/26

**By the court:** Patricia M. Mayer
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**